

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 14, 2020

VIA ECF
Hon. John P. Cronan
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2020

Re:   *Karaki v. Kendall, et al.*, No. 20 Civ. 8947 (JPC)

Dear Judge Cronan:

This Office represents the government in this action in which plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Immigrant Petition by Alien Entrepreneur (Form I-526). On behalf of the government, I write respectfully to request an extension of time of 60 days to respond to the complaint (*i.e.*, from January 4, 2021 to March 5, 2021). I also respectfully request that the initial conference presently scheduled for January 21, 2021 be adjourned to a date at least one week after March 5, 2021.

The extension is respectfully requested because USCIS expects to assign the petition to an adjudicator within the next few weeks and anticipates that it will be able to take adjudicative action, barring unforeseen circumstances, within the time period requested, which would render this action moot. This is the government's first request for an extension of the deadline to respond to the complaint and to adjourn the initial conference. Plaintiff's counsel consents to these requests.

I thank the Court for its consideration of this letter.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   *s/ Michael J. Byars*
MICHAEL J. BYARS
Assistant United States Attorney
Telephone: (212) 637-2786
Facsimile: (212) 637-2786
E-mail: michael.byars@usdoj.gov

cc: Counsel of record (via ECF)

Defendants' request is GRANTED. Defendants shall respond to the Complaint no later than March 5, 2021. The Initial Pretrial Conference scheduled for January 21, 2021, at 2:00 p.m. is hereby adjourned *sine die*. The parties are further ORDERED to file a joint status letter with the Court on March 15, 2021, reporting on the status of Plaintiff's petition.

The Clerk of Court is respectfully directed to close the motions pending on Dkts. 16 and 17.

SO ORDERED.
Date: December 14, 2020
New York, New York

_____
JOHN P. CRONAN
United States District Judge